IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED
FEB 09 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Jarvis Jackson
_____
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Murfreesboro Juvenile Court;
Rutherford County Child Support
Services

(Enter above the full name of the defendant
or defendants in this action.)

Rutherford County
Case # 13544

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiffs: _____
         _____
         Defendants: _____
         _____

      2. Court (if federal court, name the district; if state court, name the county):
         _____
      3. Docket Number: _____
      4. Name of judge to whom case was assigned:_____
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
         _____
      6. Approximate date of filing lawsuit:_____
      7. Approximate date of disposition:_____

-1-

Revised 4/18/08

II. Place of Present Confinement:_____
   A. Is there a prisoner grievance procedure in the institution?
   Yes ( )  No (✓)
   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?  Yes ( )  No ( )
   C. If your answer is Yes:
      1. What steps did you take?_____
      2. What was the result?_____
   D. If your answer is No, explain why not:_____

III. Parties
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
   A. Name of Plaintiff  Jarvis Jackson
      Address  725 N Miami Ave, Sidney OH Apt C

   (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
   B. Defendant  Murfreesboro Juvenile Court; Rutherford  is employed as  County Child Support Services
      at_____

   C. Additional Defendants:  Rutherford County Child Support Services

IV. Statement of Claim

   State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

   Information is on followin pages ✓

V.  Relief
    State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. _Information is on following pages_

VI. Jury Demand
    I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this 10th day of February, 2026.

CHARLOTTE A MEYER
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES 10-22-30

_(Signature of Plaintiff/Plaintiffs)_

Tarrius Jackson appeared and swore the above to be true to the best of his knowledge.
Charlotte A Meyer
Notary 2/10/2026

Respectfully submitted,

Date: 2/5/2026

*Jarvis Jackson*

Jarvas Jackson appeared and swore the documents to be true to the best of his knowledge

*Elizabeth Schulze*



ELIZABETH SCHULZE
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES 12-12-2026

# VERIFIED CIVIL COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

Plaintiff: Jarvis Jackson

Defendants: Murfreesboro Juvenile Court; Rutherford County Child Support Services; John/Jane Does 1–10 (officials and agents in their official and individual capacities)

## I. PARTIES

1. Plaintiff Jarvis Jackson is a parent of a minor child and holds court-ordered parenting rights established by a parenting plan entered in 2022.

2. Defendant Murfreesboro Juvenile Court is a judicial entity within Rutherford County, Tennessee, responsible for adjudication and administration of juvenile and child support matters.

3. Defendant Rutherford County Child Support Services is the administrative agency responsible for enforcement of child support orders affecting the Plaintiff.

4. John/Jane Does 1–10 are employees, agents, or officials whose actions contributed to the harms alleged herein.

## II. JURISDICTION AND VENUE

5. This Court has jurisdiction pursuant to Tennessee law and applicable federal constitutional protections, including due process and parental rights.

6. Venue is proper in Rutherford County, Tennessee, as the acts and omissions giving rise to this action occurred within this jurisdiction.

## III. FACTUAL BACKGROUND

7. A valid parenting plan governing Plaintiff's relationship with his daughter was entered in 2022.

8. Plaintiff has complied with court requirements while repeatedly experiencing administrative interference and enforcement actions connected to child support.

9. Child support enforcement actions resulted in the interception of $6,000 from Plaintiff's federal tax refunds.

10. Defendants initiated or maintained the suspension of Plaintiff's driver's license through child support enforcement mechanisms.

11. As a direct result of the suspension, Plaintiff was subjected to a traffic stop and incarceration in Corral County, Kentucky, during which his license was seized.

12. The license suspension and incarceration substantially interfered with Plaintiff's ability to travel, work, and exercise court-ordered parenting time.

13. Plaintiff incurred extensive financial losses, lost wages, court costs, and suffered deprivation of time with his daughter.

14. Plaintiff made repeated efforts to obtain records and administrative clarification from Defendants, further increasing financial and time burdens.

IV. CAUSES OF ACTION

COUNT I — VIOLATION OF PROCEDURAL DUE PROCESS

15. Defendants deprived Plaintiff of property interests (such as tax refunds and wages) and liberty interests (including freedom of movement and parenting time) without providing adequate procedural safeguards.

COUNT II — UNREASONABLE INTERFERENCE WITH PARENTAL RIGHTS

16. Defendants' actions unreasonably interfered with Plaintiff's constitutionally protected parent–child relationship without sufficient justification.

COUNT III — NEGLIGENCE AND NEGLIGENT ADMINISTRATION

17. Defendants failed to administer child support enforcement and court procedures with reasonable care, resulting in harm to Plaintiff.

## COUNT IV — UNJUST ENRICHMENT

18. Defendants benefited from improperly assessed or enforced fees, tax intercepts, and court costs at Plaintiff's expense.

## V. DAMAGES

19. Plaintiff suffered economic damages, including:
a. $6,000 intercepted from federal tax refunds;
b. All court costs, filing fees, and administrative expenses;
c. Lost wages and employment opportunities;
d. Transportation and compliance costs;
e. Costs arising from incarceration.

20. Plaintiff also suffered non-economic damages, such as emotional distress and loss of parenting time.

## VI. EQUITABLE RELIEF

21. Plaintiff seeks corrective action regarding the child support enforcement practices that affected his driver's license and parenting time.

## VII. DEMAND FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:
A. Award compensatory damages in an amount to be determined at trial, including the amounts stated herein;
B. Order reimbursement of all improperly assessed fees and tax intercepts;
C. Grant equitable relief to prevent future unlawful interference with Plaintiff's parental rights;
D. Award costs and any other relief the Court deems just and proper.

## VIII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

## VERIFICATION

I, Jarvis Jackson, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

**UNITED STATES POSTAL SERVICE**

US POSTAGE PAID
$16.90
Origin: 45365
02/06/26
3876720365-08

PRIORITY MAIL®

0 Lb 2.70 Oz
RDC 03

EXPECTED DELIVERY DAY: 02/09/26

C019

SHIP TO:
STE 1300
719 CHURCH ST
NASHVILLE TN 37203-7095

USPS SIGNATURE® TRACKING #

9510 8143 8972 6037 7218 70

PS00001000014
EP14F October 2023
OD: 12 1/2 x 9 1/2

PRESS FIRMLY TO SEAL

PRIORITY® MAIL

FROM:

Jarvis Jackson
725 N Miami Ave Apt. C
Sidney, OH 45365

RECEIVED
FEB 09 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

TO: United States District Courts
for the Middle District of
Tennessee
(Fred D. Thompson U.S. Courthouse +
Federal Building) 719 Church St. Room 1300
Nashville, TN 37203

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE